# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE MACHUCA,<br><br>    Petitioner,<br><br>  v.<br><br>MARION SPEARMAN, Warden,<br><br>    Respondent. | Case No. LACV 15-762-ODW (LAL)<br><br>**JUDGMENT** |

  Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

  IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 8, 2016

                   HONORABLE OTIS D. WRIGHT, II
                   UNITED STATES DISTRICT JUDGE